# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FINANCIAL FEDERAL CREDIT INC., § § Plaintiff, § § VS. § TRICE TRUCKING, INC., DAVID § TRICE, AND DEBORAH E. TRICE, § § Defendants. § | CIVIL ACTION NO. H-08-3020 |

## DEFAULT JUDGMENT

Plaintiff Financial Federal Credit Inc. has filed a motion for default judgment against defendants Trice Trucking, Inc., David Trice, and Deborah E. Trice. These defendants have failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default against them proper. Financial Federal Credit, Inc. has filed an affidavit and exhibits in support of its claims for actual damages on this suit on a sworn account. Financial Federal Credit, Inc. has also sent defendants notice of the motion for entry of default and default judgment. Further notice to the defendants and further hearings are not necessary in this cause. Rule 55(b)(2), Fed. R. Civ. P. The motion for entry of default and default judgment is granted.

Financial Federal Credit has established its entitlement to default judgment against Trice Trucking, Inc., David Trice, and Deborah E. Trice, in the amount of actual damages of $144,161.79; prejudgment interest at the rate of 18% per annum, for total accrued interest

from August 19, 2008 to December 2, 2008 in the amount of $7,568.49, and $72.08 per day after December 2, 2008 until judgment is entered; postjudgment interest at the rate of .45 % per annum; and costs of court.

   SIGNED on January 8, 2009, at Houston, Texas.

               Lee H. Rosenthal
               United States District Judge